**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No.** |
| **v.** | |
| **COLE TOMAS ALLEN,**<br>                **Defendant.** | **Filed Under Seal** |

**ORDER**

This matter having come before the Court pursuant to the application of the United States to seal until the Arrest Warrant is executed and the defendant is presented in District Court, the Affidavit in Support of Criminal Complaint, Criminal Complaint, and Arrest Warrant in the above-captioned matter, the Affidavit in Support of Rule 41 Search Warrant (buccal swab) and related documents, this Motion and Supporting Memorandum, the proposed Order attached to this Motion, and any Order granting this motion (the "Complaint Materials"). The Court finds that, there are reasonable grounds to believe the disclosure could result in serious jeopardy to the investigation or could otherwise impede the safe and orderly transfer of the defendant to District Court for presentment, and concludes that the United States has established that a compelling governmental interest exists to justify the requested limited sealing.

1.      IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the aforementioned materials are sealed until the arrest warrant is executed and the defendant is presented in District Court.

2.    IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date: April 27, 2026

_____
MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE