**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.:  26-mj-80 (MJS)** |
| **v.** | **:** | |
| | **:** | |
| **COLE TOMAS ALLEN,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that in addition to the attorneys whose appearances are already on record, Assistant United States Attorney Adam P. Barry is entering his appearance in this case as co-counsel for the United States.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Adam P. Barry*
     Adam P. Barry
     Assistant United States Attorney
     Cal. Bar No. 294449
     National Security Section
     601 D Street, N.W.,
     Washington, D.C. 20530
     202-252-7793
     Adam.Barry@usdoj.gov