**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **26-MJ-80-MJS** |
| **COLE TOMAS ALLEN** | : | |

## ORDER

Upon consideration of Mr. Allen's motion, it is hereby

ORDERED that the motion is granted; and it is further

ORDERED that the D.C. Department of Corrections shall permit Mr. Allen and his

defense team to have contact, unrestricted legal visits during the pendency of his case.

SIGNED AND ENTERED this _____ day of _____ 2026.


_____
THE HONORABLE MATTHEW J. SHARBAUGH

4