**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 1:26-mj-00080** |
| | : | |
| **COLE TOMAS ALLEN,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S NOTICE OF FILING**

The government, through undersigned counsel, respectfully submits this reply to the defendant's discovery/*Brady* requests.

Respectfully Submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

*/s/ Jocelyn Ballantine*
JOCELYN BALLANTINE (CA Bar No. 208267)
Assistant United States Attorney
National Security Section
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 252-7252
Jocelyn.Ballantine2@usdoj.gov