

Govt. Ex. 01



Govt. Ex. 02




Govt. Ex. 03







Govt. Ex. 04

 

Govt. Ex. 05

 

Govt. Ex. 06




Govt. Ex. 07







Govt. Ex. 08



**8:36 p.m.**



**8:03 p.m.**



Govt. Ex. 09







Govt. Ex. 10







Govt. Ex. 11

 

Govt. Ex. 12






Govt. Ex. 13