**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA          :

      v.                      :          **26-MJ-80-MJS**

COLE TOMAS ALLEN          :

## MOTION TO WITHDRAW AND VACATE HEARING

Cole Tomas Allen, through undersigned counsel, withdraws his motion for removal from suicide status at the D.C. Jail. *See* ECF 19.  Since filing the motion, undersigned counsel have learned that Mr. Allen is no longer on suicide status.  As such, Mr. Allen's request is moot.  Counsel therefore respectfully request the Court cancel the come up for Mr. Allen and vacate the hearing set for May 4, 2026 at 12:00 p.m.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

      /s/
_____
TEZIRA ABE
EUGENE OHM
Assistant Federal Public Defenders
625 Indiana Ave. N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500

1